UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of<br><br>OCEAN ANGEL VI, LLC, as the owner of the vessel "SPERANZA MARIE," and her engines, tackle, appurtenances, etc.<br><br>For Exoneration from or Limitation of Liability. | Case No. 23-cv-03405-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

On August 21, 2023, Magistrate Judge Beeler issued a Report and Recommendation recommending that the Court issue an injunction (via Ocean Angel VI's proposed order at Dkt. No. 4-3) that restrains the institution or prosecution of any and all suits, other than this one, against Ocean VI or the vessel "Speranza Marie" regarding any claims arising out of the vessel's December 15, 2022 voyage. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3, objections to the Report and Recommendation were due by September 5, 2023. As of the filing date of the order, no objections have been received.

The Court has reviewed the docket and the Report and Recommendation and agrees with Judge Beeler's recommendation and hereby ADOPTS the Report and Recommendation. The injunction will issue in a separate order.

**IT IS SO ORDERED**.

Dated: September 8, 2023

_____
SUSAN ILLSTON
United States District Judge